Maurice Vander Beke et al., doing business under the name and style of Vander Beke's, a Partnership, Appellees, v. Leonard Stone and Pauline Stone, a Partnership, Appellants.

**Gen. No. 11,034.** ▮▮▮▮▮▮▮▮▮▮

Second District.

May 8, 1957.

Rehearing denied June 19, 1957.

Released for publication June 20, 1957.

Edward J. Turnbaugh, for appellants; Eagle & Eagle, and Robert E. Lee, for appellees. Opinion by JUSTICE CROW. Not to be published in full.